UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
04 11675 RGS

PRO CON, INCORPORATED, )
)
Plaintiff, )
)
v. )
)
VALLEY FORGE INSURANCE COMPANY, )
)
Defendant. )

Pursuant to Local Rule 7.3(A), plaintiff Pro Con, Incorporated makes the following corporate disclosure statements:

Pro Con, Incorporated is a subsidiary of Stebbins Enterprises, Inc. No publicly held company owns 10% or more of the corporate stock of Pro Con, Incorporated.

PRO CON, INC.
By its attorneys,

Martin C. Pentz (BBO # 394050)
Michelle Chassereau Jackson (BBO # 654825)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: July 28, 2004

1349223.1