UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11675 RGS

| | |
|---|---|
| PRO CON, INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VALLEY FORGE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Pro Con, Incorporated ("Pro Con"), and defendant Valley Forge Insurance Company ("Valley Forge"), being all parties who have appeared in the action, hereby stipulate and agree that this action be dismissed, without prejudice. The parties reserve all rights to assert, in any other action or dispute, any claim or right that was or that could have been asserted herein by any of them. This voluntary dismissal shall be made without an award in this action of the parties' costs or attorney's fees. The parties otherwise reserve their right to claim as damages in any other action or dispute their costs and attorney's fees incurred herein.

PRO CON, INCORPORATED,

By its attorneys,

_____
Martin C. Pentz (BBO #394050)
Kathryn K. Conde (BBO #634647)
Michelle C. Jackson (BBO #654825)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
Dated: January 14, 2005

VALLEY FORGE INSURANCE COMPANY,

By its attorneys,

_____
John S. Stadler (BBO #548454)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000